IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DERRICK "DEWAYNE" MOSS     PLAINTIFF

v.     No. 2:19-cv-152-DPM

SCOTTIE WHITCOMB, Individually and
in his Official Capacity; DERRICK TIMES,
Individually and in his Official Capacity; and
THE CITY OF CLARENDON     DEFENDANTS

## JUDGMENT

Moss's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 14 July 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023